# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| HAROLD P. BOWEN and<br>LINDA L. BOWEN | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| CLIFTON H. PEASE and PEASE<br>CONSTRUCTION COMPANY, INC., | : | |
| Defendants. | : | NO. CV205-246 |

## O R D E R

The Court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of this Order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this ____6th____ day of April, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)